21 So.2d 312
**Douglas F. ELLIOTT, Adm'r of Estate o**
**John B. Elliott, Dec'd, v. STATE OF**
**LOUISIANA.**

**6 Div. 247.**

Supreme Court of Alabama.

March 1, 1945.

Geo. P. Bondurant, of Birmingham, for appellant.

Hayden & Hayden, of Birmingham, for appellee.

SIMPSON, Justice.

On authority of State of Alabama v. Douglas F. Elliott, Adm'r, ante, p. 439, 21 So.2d 310, the appeal must be dismissed. So ordered.

Appeal dismissed.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.